Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWN D. JOHNSON,<br><br>Defendant. | NO. CR14-304RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |

THE COURT having considered the unopposed motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the requested continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to ensure effective trial preparation and that these factors outweigh the best interests of the defendant and the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PTMs DUE DATE - 1
*United States v. Johnson* / CR14-304RAJ

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1   IT IS THEREFORE ORDERED that Defendant's unopposed motion (Dkt. #26) is GRANTED.  The trial date in this matter is continued from December 22, 2014, to June 29, 2015 at 9:00 a.m.  All pretrial motions, including motions in limine, shall be filed no later than May 14, 2015.

IT IS FURTHER ORDERED that the period of time from the date of this Order through the new trial date of June 29, 2015, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*.

DATED this 7th day of November, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE TRIAL DATE AND PTMs DUE
DATE - 2
*United States v. Johnson* / CR14-304RAJ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**