The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SHAWN D. JOHNSON,

    Defendant.

NO. CR14-304 RAJ

**FINAL ORDER OF FORFEITURE**

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. Any and all images of child pornography, in whatever form and however stored;
2. One Samsung Galaxy phone;
3. One Droid Razr phone;
4. One HTC First phone;
5. One Belkin night vision camera;
6. One Nikon Coolpix camera;
7. One JVC digital camcorder;
8. One HP laptop computer;
9. One Scan Disk; and
10. One 128 MB SD Card.

Final Order of Forfeiture - 1
*U.S. v. Shawn D. Johnson,* CR14-304-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate because:

- In the plea agreement he entered on June 11, 2015, Defendant Shawn D. Johnson ("the Defendant") forfeited his interest in the above-listed property pursuant to 18 U.S.C. § 2253 (Dkt. No. 33);
- On October 20, 2015, the Court entered a Preliminary Order of Forfeiture finding the above-listed property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's right, title, and interest in it (Dkt. No. 57);
- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 60); and,
- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. The above-listed property is fully and finally condemned and forfeited, in its entirety, to the United States;

2. No right, title, or interest in the above-listed property exists in any party other than the United States; and

3. The United States Department of Homeland Security ("DHS"), and/or its representatives, are authorized to dispose of the above-listed property as permitted by governing law.

DATED this 12th day of October, 2017.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

Final Order of Forfeiture - 2
*U.S. v. Shawn D. Johnson,* CR14-304-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970